UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HOWARD JOHNSON INTERNATIONAL, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JAY SHREE GANESH, LLC and BHARAT PATEL,**<br><br>*Defendants.* | Civil Action No. 17-4658<br><br>ORDER AND FINAL JUDGMENT |

**THIS MATTER** having come before the Court on Plaintiff Howard Johnson International, Inc.'s ("Plaintiff" or "HJI") Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), ECF No. 9;

and for the reasons stated in the accompanying Opinion;

**IT IS** on this 22nd day of August, 2018,

**ORDERED** that the motion is **GRANTED**; and it is

**ORDERED** that default judgment is entered against Jay Shree Ganesh, LLC ("JSG") and Bharat Patel ("Patel" and, together with JSG, "Defendants"); and it is further

**ORDERED** that Defendants shall pay damages in the amount of $117,614.21, which consists of Recurring Fees and liquidated damages owed under the Franchise Agreement and prejudgment interest at 1.5% per month; and it is further

**ORDERED** that this case is **CLOSED**.

/s Madeline Cox Arleo
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**